# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS COUNTY, MISSOURI, | ) |
| | ) |
| Plaintiff, | ) Cause No. 4:20-cv-00655 |
| | ) |
| v. | ) |
| | ) |
| HOUSE OF PAIN GYM SERVICES, LLC; | ) **INJUNCTIVE RELIEF REQUESTED** |
| | ) |
| F FOUR, LLC, d/b/a HOUSE OF PAIN *and/or* HOUSE OF PAIN GYM *operating at* 251 Chesterfield Industrial Blvd, Chesterfield, Missouri, 63005, *and* d/b/a HOUSE OF PAIN *and/or* HOUSE OF PAIN GYM *operating at* 12632 Dorsett Rd, Maryland Heights, Missouri, 63043; | ) |
| | ) |
| HOUSE OF PAIN, *operating at* 251 Chesterfield Industrial Blvd, Chesterfield, Missouri 63005 *and/or* 12632 Dorsett Rd, Maryland Heights, Missouri 63043; and | ) |
| | ) |
| HOUSE OF PAIN GYM, *operating at* 251 Chesterfield Industrial Blvd, Chesterfield, Missouri 63005 *and/or* 12632 Dorsett Rd, Maryland Heights, Missouri 63043, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Steven J. Capizzi, Associate County Counselor, by and through the Office of the County Counselor for St. Louis County, MO, and enters his appearance as counsel of record, on behalf of Plaintiff St. Louis County, Missouri.

                                      Respectfully Submitted,
                                      **BETH ORWICK**
                                      **COUNTY COUNSELOR**

                                      /s/ Steven J. Capizzi
                                      Steven J. Capizzi, MO #56209
                                      Associate County Counselor
                                      Office of the County Counselor
                                      41 S. Central, Ninth Floor
                                      Clayton, MO 63105
                                      (314) 615-7042(phone);(314)615-3732(fax)
                                      scapizzi@stlouisco.com

                                      *Attorneys for Defendants St. Louis County, MO.et. al.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via electronic mail on this 18th day of May 2020, on the parties listed below.

W. Christopher McDonough, Esq.
THE MCDONOUGH LAW FIRM, LLC
16640 Chesterfield Grove Road, Suite 125
Chesterfield, Missouri 63005
wcm@mcdlawfirm.net

*Attorneys for Defendants*

                                      /s/ Steven J. Capizzi