## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS COUNTY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | Cause No. 4:20-cv-00655 |
| ) | |
| v. ) | |
| ) | |
| HOUSE OF PAIN GYM SERVICES, LLC; ) | **INJUNCTIVE RELIEF REQUESTED** |
| ) | |
| ) | |
| F FOUR, LLC, d/b/a HOUSE OF PAIN ) | |
| *and/or* HOUSE OF PAIN GYM *operating at* ) | |
| 251 Chesterfield Industrial Blvd, Chesterfield, ) | |
| Missouri, 63005, *and* d/b/a HOUSE OF PAIN ) | |
| *and/or* HOUSE OF PAIN GYM *operating at* ) | |
| 12632 Dorsett Rd, Maryland Heights, ) | |
| Missouri, 63043; ) | |
| ) | |
| HOUSE OF PAIN, *operating at* 251 ) | |
| Chesterfield Industrial Blvd, Chesterfield, ) | |
| Missouri 63005 *and/or* 12632 Dorsett Rd, ) | |
| Maryland Heights, Missouri 63043; and ) | |
| ) | |
| HOUSE OF PAIN GYM, *operating at* 251 ) | |
| Chesterfield Industrial Blvd, Chesterfield, ) | |
| Missouri 63005 *and/or* 12632 Dorsett Rd, ) | |
| Maryland Heights, Missouri 63043, ) | |
| ) | |
| Defendants. ) | |

## NOTICE REQUESTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW plaintiff St. Louis County, Missouri by and through its undersigned counsel, and hereby requests a hearing on its Motion for Temporary Restraining Order on Plaintiff's First Amended Petition for Temporary Restraining Order at 2:00pm on May 18, 2020, or as soon thereafter as may be heard. Defendant House of Pain Gym Services, LLC et al. was notified via a video conference on today's date and did not indicate if he would appear.

Respectfully Submitted,
**BETH ORWICK**
**COUNTY COUNSELOR**

  /s/ Steven J. Capizzi
Steven J. Capizzi, MO #56209
Associate County Counselor
Office of the County Counselor
41 S. Central, Ninth Floor
Clayton, MO 63105
(314) 615-7042(phone);(314)615-3732(fax)
scapizzi@stlouisco.com

*Attorneys for Defendants St. Louis County, MO.et. al.*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic mail on this 18th day of May 2020, on the parties listed below.

W. Christopher McDonough, Esq.
THE MCDONOUGH LAW FIRM, LLC
16640 Chesterfield Grove Road, Suite 125
Chesterfield, Missouri 63005
wcm@mcdlawfirm.net

*Attorneys for Defendants*

/s/ Steven J. Capizzi