IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS COUNTY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:20cv655 RLW ) ) |
| HOUSE OF PAIN GYM SERVICES, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendants shall file an Amended Disclosure of Organization Interests identifying the members of House of Pain Gym Services, LLC and their citizenship no later than 5:00 p.m. on Monday, May 18, 2020. Defendants shall also identify whether House of Pain and House of Pain Gym, are separate entities whose citizenship needs to be determined, or merely the other Defendants d/b/a and not separate entities.

Dated this 18th day of May, 2020.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**