## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS COUNTY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:20-cv-00655 RLW |
| HOUSE OF PAIN GYM SERVICES, LLC and F FOUR, LLC, d/b/a "House of Pain Gym" and "House of Pain", | ) ) ) ) ) |
| Defendants. | ) ) |

## **AMENDED DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

As ordered by the Court herein (Doc. #15), and pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant F Four, LLC d/b/a "House of Pain Gym" and "House of Pain", and for fraudulently and pretensively joined Defendant House of Pain Gym Services, LLC, submits the following amended disclosure of organizational interests:

1. F Four, LLC is a Florida limited liability company with a principal place of business in the State of Florida. It's sole member is Joseph L. Corbett. Joseph L. Corbett is a citizen of the State of Florida. (*See,* Decl. of J. Corbett, Ex.A; 2019 Florida Limited Liability Company Annual Report, Florida Secretary of State, Ex. B).

2. Fraudulently and pretensively joined Defendant House of Pain Gym Services, LLC is a Missouri limited liability company. It is shelf company – meaning it is dormant, it conducts no business, it owns nothing, it employs nobody. House of Pain Gym Services, LLC is wholly owned by F Four, LLC. (*See,* Decl. of J. Corbett, Ex. A).

1

3.	The sole member of House of Pain Gym Services, LLC is F Four, LLC, a Florida limited liability company. (*See,* Decl. of J. Corbett, Ex. A, ¶6).

4.	Joseph L. Corbett, a citizen of the State of Florida, is also the manager for both F Four, LLC and House of Pain Gym Services, LLC. (*See,* Ex.A, Ex. B).

5.	House of Pain Gym Services, LLC does not own or operate the Chesterfield, Missouri property or business Plaintiff is seeking to be declared a nuisance and shut down. That property is owned and that business operated by F Four, LLC exclusively. (*See,* Decl. of J. Corbett, (Ex. A); also St. Louis County real estate records obtained via: https://revenue.stlouisco.com/IAS/ - Ex. C).

6.	House of Pain Gym Services, LLC does not own or operate the Maryland Heights, Missouri property or business Plaintiff is seeking to be declared a nuisance and shut down. That property is leased by F Four, LLC and the gym business there is owned and operated by F Four, LLC exclusively. (*See,* Decl. of J. Corbett, (Ex. A); also cover page and first page of Lease Agreement by and Between Berg-Cahokia LLC, as landlord, and F Four, LLC d/b/a "House of Pain", as Tenant, dated January 13, 2020  - Ex. D).

7.	The "d/b/a" (i.e., fictitious name registrations) "House of Pain Gym" and "House of Pain" are owned by F Four, LLC. They are not separate legal entities. They are simply d/b/a names under which F Four, LLC is permitted to transact business in Missouri. They are the names under which F Four, LLC operates its gyms. (*See,* Missouri Secretary of State Registration of Fictitious Name forms, Ex. E).

## VERIFICATION OF SIGNED ORIGINAL DOCUMENT

Pursuant to Local Rule 11-2.11, W. Christopher McDonough, hereby attests to the existence of a paper copy of this document bearing the original signature of W. Christopher

McDonough. The document was electronically filed on May 18, 2020. Counsel will retain the paper copy bearing the original signatures during the pendency of the litigation including all possible appeals.

                           Respectfully submitted,

                           THE McDONOUGH LAW FIRM, LLC

                           By: */s/ W. Christopher McDonough*
                           W. Christopher McDonough # 49648MO
                           16640 Chesterfield Grove Road, Suite 125
                           Chesterfield, MO 63005
                           (636) 530-1815 - Telephone
                           (636) 530-1816 - Facsimile
                           E-mail: wcm@mcdlawfirm.net
                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing has filed with the Court for service on all counsel of record via the Court's ECF system on May 18, 2020.

                           */s/ W. Christopher McDonough*