**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ST. LOUIS COUNTY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 4:20-CV-655 RLW |
| | ) | |
| v. | ) | |
| | ) | |
| HOUSE OF PAIN GYM SERVICES, LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF ST. LOUIS COUNTY, MISSOURI'S**
**MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF**

COMES NOW, Plaintiff St. Louis County, Missouri ("Plaintiff"), by and through its undersigned counsel, and respectfully moves the Court for leave to file an over-length Opposition to Defendants' Motion to Dismiss and Supplemental Memorandum in Support of Amended Motion for Temporary Restraining Order.   In support of this Motion, Plaintiff states as follows:

1.       Yesterday afternoon, Defendants filed a 49-page Memorandum in Support of their Motion to Dismiss.  (ECF No. 20.)

2.       To respond fully to Defendants' contentions, Plaintiff requires additional pages beyond the fifteen pages permitted by Local Rule 4.01(D).  Specifically, Plaintiff respectfully requests fifteen additional pages for its forthcoming filing, in advance of the hearing this afternoon.

WHEREFORE, Plaintiff St. Louis County, Missouri respectfully requests that the Court grant its Motion, permit Plaintiff an additional fifteen pages for its forthcoming Opposition to Defendants' Motion to Dismiss and Supplemental Memorandum in Support of Amended Motion for Temporary Restraining Order, and such other and further relief as the Court deems just and proper.

2380038

Respectfully submitted,

**BETH ORWICK**
**COUNTY COUNSELOR**

Dated: May 20, 2020        By:    /s/    Steven J. Capizzi
Steven J. Capizzi, #56209 (MO)
Emily B. Allison, #67304 (MO)
Associate County Counselor
41 S. Central Avenue, Ninth Floor
Clayton, MO  63105
(314) 615-7042 (tel); (314) 615-3732 (fax)
scapizzi@stlouisco.com
eallison@stlouisco.com

and

**LEWIS RICE LLC**

Neal F. Perryman, #43057 (MO)
Michael L. Jente, #62980 (MO)
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7661
Facsimile:  (314) 612-7661
nperryman@lewisrice.com
mjente@lewisrice.com

*Attorneys for Plaintiff*
*St. Louis County, Missouri*