# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS COUNTY, MISSOURI, | ) |
| Plaintiff, | ) Cause No. 4:20-CV-655 RLW |
| v. | ) |
| HOUSE OF PAIN GYM SERVICES, LLC, et al., | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Michael L. Jente of the law firm Lewis Rice LLC, and hereby enters his appearance as counsel of record for Plaintiff St. Louis County, Missouri in the above-entitled action.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: May 20, 2020      By:   /s/ Michael L. Jente
Neal F. Perryman, #43057 (MO)
Michael L. Jente, #62980 (MO)
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7661
Facsimile:  (314) 612-7661
nperryman@lewisrice.com
mjente@lewisrice.com

and

2380063

**BETH ORWICK**
**COUNTY COUNSELOR**

Steven J. Capizzi, #56209 (MO)
Emily B. Allison, #67304 (MO)
Associate County Counselor
41 S. Central Avenue, Ninth Floor
Clayton, MO  63105
(314) 615-7042 (tel); (314) 615-3732 (fax)
scapizzi@stlouisco.com
eallison@stlouisco.com

*Attorneys for Plaintiff*
*St. Louis County, Missouri*